# EXHIBIT 7

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

CAREY BRADFORD and CODY BOLEN,
Individually and on behalf of all other
similarly situated current and former
employees,

   Plaintiffs,

vs.

LOGAN'S ROADHOUSE, INC., LRI
HOLDINGS, INC., and ROADHOUSE
HOLDING, INC.,

   Defendants.

Case No. 3:14-cv-02184

---

## DECLARATION OF CHRISTY COX

I, Christy Cox, declare as follows:

 1. I am currently employed as Senior Director of Human Resources with Logan's Roadhouse, Inc. ("Logan's"). I have held this position with Logan's continuously since 3/12/2007, and I have been continuously employed by Logan's since 10/1/1997. I have personal knowledge of the facts stated herein and, if called as a witness in this matter, I could and would competently testify regarding those facts as set forth herein.

 2. In my position as Senior Director of Human Resources, I am familiar with Logan's nationwide operations. This includes responsibilities and oversight for both employee relations and human resources at Logan's.

 3. In my position as Senior Director of Human Resources, I also have access to and regularly refer to Logan's employee payroll and personnel records, and corporate policies, including those related to wage and hour issues, as well as training documentation. For purposes of this declaration, I reviewed certain documents described herein that were prepared and

maintained in the ordinary course of Logan's business. The information contained in those documents was recorded at or near the time of the acts, events, or conditions indicated therein by Logan's employees and/or vendors who were responsible for recording those acts, events, or conditions.

## Logan's Nationwide Restaurant Operations and Employees

4.      Logan's currently operates a chain of 230 casual steakhouse restaurants spread across 20 states, including Alabama, Arkansas, Arizona, Florida, Georgia, Illinois, Indiana, Kansas, Kentucky, Louisiana, Michigan, Missouri, Mississippi, Ohio, Oklahoma, Pennsylvania, Tennessee, Texas, Virginia and West Virginia. During the three years preceding the filing of this litigation, Logan's operated approximately 235 company-operated restaurants.

5.      At each of Logan's company-operated restaurants, Logan's employs both management and hourly, non-exempt employees. Each of Logan's' restaurant has its own General Manager ("GM"). The GM is responsible for the day-to-day operations of his or her restaurant, and the overall supervision of the restaurant's staff. Logan's also employs subordinate managers ("Subordinate Managers") at each restaurant who report directly to the GM. These Subordinate Managers include, but are not limited to, Bar Managers, Culinary Managers, Guest Services Managers, Training Managers and Service Managers.

6.      Each GM has broad discretionary authority regarding the day-to-day management of his or her restaurant. That authority extends to the hiring, firing, supervision and training of staff, the setting of employee schedules, the conduct of daily operations, and the assignment of tasks to employees. Subordinate Managers also have authority to supervise, train and assign tasks to employees. The GMs and Subordinate Managers are directly responsible for ensuring that Logan's written policies are implemented in their restaurants and followed by their staff.

7.     The GMs and Subordinate Managers at individual restaurants determine and schedule the shifts of all hourly employees.  The local management team also allocates specific duties and responsibilities to employees working particular shifts, including the assignment of side work.  As a result, the percentage of an employee's overall work time devoted to side work, if any, necessarily varies depending upon the needs of an individual supervisor, restaurant location, and job assignment and shift, all of which may vary further based on business volume impacted by the economy, the weather, the season, promotions and price discounts, or any one of numerous additional factors unique to a particular location.

## Employees' Work Time And Tip Reporting

8.     Hourly employees at all Logan's restaurants record their work time into an electronic timekeeping system.  That timekeeping system tracks all hours worked based on the individual employee's personal input into the system.  Each tipped employee is able to clock in either as a "tipped" employee subject to tip credits, or as a "non-tipped" employee so that time which is not subject to tip credits (*e.g.*, non-tipped training) can be accurately recorded.

9.     Employees of Logan's who receive tips are personally responsible for accurately declaring the total amount of their tips at the end of each work shift.  When an employee "closes out" at the end of his or her shift, the employee is prompted to enter the total amount of tips received during that shift.  Because Logan's closes payroll every Monday morning for the preceding week, it is impossible for an employee or Logan's to shift tips declared in one workweek to a subsequent workweek.

10.     Logan's has multiple measures in place to ensure its compliance with federal and state wage and hour laws.  Logan's has adopted written policies and procedures to foster such

compliance, including the issuance of Logan's Hourly Team Member Handbook (the "Handbook"). The Handbook explains Logan's' use of tip credits as allowed under federal and state law, and makes clear that "tipped hourly team members" must accurately report 100% of the tips they receive each shift. The Handbook also makes clear that hourly employees will be paid overtime for all hours worked over 40 in a workweek. The Handbook specifically states that off the clock work is prohibited, and advises employees that they must always be clocked in prior to commencing any work for Logan's. True and correct copies of the relevant excerpts of the Handbook are attached as Exhibit A.

11.    Logan's also has an Open Door Policy ("Open Door Policy") that requires employees to report any concerns that they may have related to "Pay/Wage & Hour" issues. The Open Door Policy provides information on Logan's compensation policies, and describes a process that should be used by employees to report any concerns regarding compensation issues. A true and correct copy of the Open Door Policy is attached as Exhibit B.

12.    In addition to its written policies, Logan's conducts annual wage and hour training. During this annual training, Logan's reinforces with its managers the company's strict policy prohibiting off the clock work. Since at least 2011, Logan's' annual management training has addressed topics such as the required recording of all work time, the proper application of tip credits, the importance of accurate time records, and the requirement that employees correctly report all tips received. During the wage and hour training, Logan's reinforces that it has "zero tolerance for failure to comply with company policy and Wage & Hour laws." This management training also emphasizes Logan's' internal policy that any side work performed by tipped employees should not exceed 20% of the employee's work time for any particular workweek.

True and correct copies of the relevant excerpts of the Wage and Hour Review which was presented to Logan's managers in September 2014 is attached as Exhibit C.

13.     Each September, Logan's also reviews its pay policies and procedures with all of its hourly employees.  During this review, Logan's again reinforces that employees (1) are not permitted to perform any work off the clock, (2) are required to clock in and clock out accurately for each shift, (3) must report 100% of the tips they receive each shift or face discipline for failing to do so, and (4) should use the Open Door Policy to report any concerns that they may have regarding their pay.  A true and correct copy of the Logan's Review of Pay Policies and Procedures is attached hereto as Exhibit D.

14.     I reviewed Logan's employee personnel records for Carey Bradford, Cody Bolen, Karri Busard, Ashley Elgin, Yolanda Osborne, Robyn Reeves, Markala Wretling and Zachary Wimpelberg, and identified signed acknowledgements of Logan's wage and hour policies by these employees.  True and correct copies of signed wage and hour policy acknowledgements by Carey Bradford, Cody Bolen, Karri Busard, Ashley Elgin, Yolanda Osborne, Robyn Reeves, Markala Wretling and Zachary Wimpelberg are attached hereto as Exhibit E.

//

//


**THE REMAINDER OF THIS PAGE LEFT INTENTIONALLY BLANK**

## Plaintiffs and Party-Plaintiffs' Restaurant Work Locations

15.    In connection with the above-captioned litigation, I reviewed Logan's corporate records and identified the approximate number of hourly employees employed by Logan' during the three years preceding the filing of the above-captioned matter.  Based on that review, I determined that Logan's employed approximately 60,290 employees nationwide who regularly and customarily received tips at 235 restaurants located in twenty different states.  The following chart identifies by state the approximate number of hourly employees who received tips at Logan's restaurant locations in operation during the three years preceding the filing of the above-captioned matter:

| State | Approximate Number of Logan's Employees | Number of Logan's Restaurants |
|-------|------------------------------------------|-------------------------------|
| AL | 5,817 | 23 |
| AR | 1,410 | 5 |
| AZ | 721 | 4 |
| FL | 2,507 | 13 |
| GA | 2,928 | 13 |
| IL | 779 | 4 |
| IN | 3,017 | 12 |
| KS | 1,262 | 5 |
| KY | 3,288 | 13 |
| LA | 2,799 | 9 |
| MI | 3,844 | 17 |
| MO | 968 | 4 |
| MS | 3,137 | 10 |
| OH | 2,168 | 9 |
| OK | 1,940 | 6 |
| PA | 729 | 4 |
| TN | 7,880 | 27 |
| TX | 11,629 | 41 |
| VA | 2,216 | 10 |
| WV | 1,251 | 6 |
| **Totals:** | **60,290** | **235** |

Case 3:14-cv-02184   Document 93-7   Filed 07/06/15   Page 7 of 43 PageID #: 1032

16.     In connection with the above-captioned litigation, I also reviewed Logan's corporate records and identified the work locations of the two (2) named Plaintiffs and one hundred (100) individuals who had filed consents to join the litigation as of June 30, 2015. The following chart identifies the named Plaintiffs and Opt In Plaintiffs' by name, the filing date of their consent to join, the Logan's location (including the restaurant number, city and state) where the individuals worked, their termination dates (if applicable), and whether they submitted a declaration in support of Plaintiffs' Motion for Conditional Certification.

|   | Plaintiff's Name | Consent Date | Work Location | City | State | Date of Termination | Declaration Submitted |
|---|---|---|---|---|---|---|---|
| 1 | Brown, Jonathan Patrick | 3/24/2015 | 475 | Bessemer | AL | 12/1/14 | No |
| 2 | Dollar, Hayden | 4/28/2015 | 475 | Bessemer | AL | 11/1/14 | Yes (Dkt. 57) |
| 3 | Hughes, Clifford | 4/17/2015 | 475 | Bessemer | AL | 8/1/14 | No |
| 4 | Merchant, Joel | 4/6/2015 | 475 | Bessemer | AL | 8/11/14 | Yes (Dkt. 37 & 39) |
| 5 | Holman, Nicholas | 2/27/2015 | 339 | Birmingham | AL | 8/1/14 | Yes (Dkt. 37) |
| 6 | Bodden, Shane Sumner | 2/18/2015 | 405 | Mobile | AL | 2/1/15 | No |
| 7 | Campbell, Tarmeca | 3/4/2015 | 405 | Mobile | AL | 4/6/15 | Yes (Dkt. 37) |
| 8 | Nicholas, Tracy Denise | 2/18/2015 | 405 | Mobile | AL |  | Yes (Dkt. 37) |
| 9 | Rodgers, LaTanya Dialishiah | 2/11/2015 | 405 | Mobile | AL |  | Yes (Dkt. 37) |
| 10 | Wiggins, Jamonica Jaron | 6/30/2015 | 405 | Mobile | AL |  | No |
| 11 | Rascati, Cori Amber | 5/12/2015 | 334 | Orlando | FL | 7/1/09 | Yes (Dkt. 63) |
| 12 | Elgin, Ashley | 4/6/2015 | 349 | Sanford | FL | 9/8/14 | Yes (Dkt. 37 & 39) |
| 13 | Duncan, John D. | 1/6/2015 | 360 | Douglasville | GA | 4/1/15 | Yes (Dkt. 37 & Exh. _) |
| 14 | Wimpelberg, Zachary | 3/4/2015 | 381 | Evansville | IN | 2/1/15 | Yes (Dkt. 37 & Exh. _) |
| 15 | Wretling, Markala | 2/18/2015 | 527 | Kansas City | KS | 12/1/14 | Yes (Dkt. 37) |
| 16 | Keltee, Lillian A. | 4/27/2015 | 321 | Louisville | KY | 5/1/12 | No |
| 17 | Conley, Christina | 6/22/2015 | 337 | Louisville | KY |  | No |
| 18 | Hymer, Wendy | 4/6/2015 | 337 | Louisville | KY | 2/1/15 | Yes (Dkt. 37 & 39) |
| 19 | Jackson, Syreeta | 4/16/2015 | 337 | Louisville | KY |  | No |
| 20 | Johnson, Korinne K. | 6/22/2015 | 337 | Louisville | KY | 6/1/15 | No |
| 21 | Kurtz, Linda Sue | 3/31/2015 | 337 | Louisville | KY |  | No |
| 22 | Longmire, Bobbie | 4/9/2015 | 337 | Louisville | KY | 2/1/15 | Yes (Dkt. 44) |
| 23 | Moore, Jordan Scott | 3/31/2015 | 337 | Louisville | KY | 4/1/15 | No |
| 24 | Reece, Jennifer | 4/14/2015 | 337 | Louisville | KY |  | Yes (Dkt. 50) |

| | Plaintiff's Name | Consent Date | Work Location | City | State | Date of Termination | Declaration Submitted |
|---|---|---|---|---|---|---|---|
| 25 | Siroki, Amanda | 4/6/2015 | 337 | Louisville | KY | | Yes (Dkt. 37 & 39) |
| 26 | Bryant, Christopher A. | 1/6/2015 | 505 | Louisville | KY | 12/29/15 | Yes (Dkt. 37) |
| 27 | Kennedy, Ashley | 2/27/2015 | 324 | Baton Rouge | LA | 11/1/14 | Yes (Dkt. 37) |
| 28 | Pilet, Kelly | 5/19/2015 | 324 | Baton Rouge | LA | 11/1/13 | No |
| 29 | Warsham, Tristan | 2/27/2015 | 324 | Baton Rouge | LA | 4/1/15 | Yes (Dkt. 37) |
| 30 | Osborne, Yolanda | 3/4/2015 | 521 | Bossier City | LA | 6/1/14 | Yes (Dkt. 37) |
| 31 | Frey, Gabrielle | 3/12/2015 | 375 | Canton | MI | | No |
| 32 | Path, Brooke Marie | 6/16/2015 | 375 | Canton | MI | 5/31/15 | No |
| 33 | Busard, Karri | 12/23/2014 | 355 | Roseville | MI | 5/1/14 | Yes (Dkt. 37) |
| 34 | McClellan, Jessica | 4/17/2015 | 461 | Independence | MO | 4/1/14 | No |
| 35 | Anderson, Marlene | 6/26/2015 | 518 | Gulfport | MS | 5/1/2015 | No |
| 36 | Derrington Norton, Amy Nicole | 3/29/2015 | 483 | Meridian | MS | 5/1/15 | No |
| 37 | Gilbert, Dustin Dewayne | 3/19/2015 | 483 | Meridian | MS | | Yes (Dkt. 37) |
| 38 | Cooper, Jaclyn | 5/19/2015 | 497 | Columbus | OH | | No |
| 39 | Felger, Julie Leigh | 6/2/2015 | 497 | Columbus | OH | | No |
| 40 | Dent, Ellen | 1/6/2015 | 302 | Antioch | TN | 11/1/14 | Yes (Dkt. 37) |
| 41 | Holt-Anna, Brandy | 4/22/2015 | 302 | Antioch | TN | | No |
| 42 | Boldrick, Raphael | 12/11/2014 | 492 | Dickson | TN | 5/1/15 | Yes (Dkt. 37) |
| 43 | Corley, James Robert, Jr. | 3/12/2015 | 492 | Dickson | TN | | No |
| 44 | Demoss, Jacob | 2/27/2015 | 492 | Dickson | TN | 1/1/15 | Yes (Dkt. 37) |
| 45 | Hartung, Thomas | 12/23/2014 | 492 | Dickson | TN | | Yes (Dkt. 37) |
| 46 | Moody, William J. | 12/15/2014 | 492 | Dickson | TN | 5/1/15 | No |
| 47 | Parish, David | 12/11/2014 | 492 | Dickson | TN | 4/1/15 | Yes (Dkt. 37) |
| 48 | Churchill-Horn, Doreen Robin | 6/26/2015 | 307 | Franklin | TN | | No |
| 49 | Aldrich, Arielle Ann | 3/12/2015 | 303 | Madison | TN | 4/1/15 | Yes (Dkt. 37) |
| 50 | Arnold, Samantha Lee | 2/18/2015 | 303 | Madison | TN | 5/1/15 | Yes (Dkt. 37) |
| 51 | Bartelt, Angel | 12/22/2014 | 303 | Madison | TN | 2/1/15 | Yes (Dkt. 37) |
| 52 | Beavers, Justin | 12/11/2014 | 303 | Madison | TN | | Yes (Dkt. 37) |
| 53 | Bolen, Cody | 11/10/2014 | 303 | Madison | TN | | Yes (Dkt. 37) |
| 54 | Bransom, Tyler | 12/22/2014 | 303 | Madison | TN | 4/1/15 | No |
| 55 | Brown, Larita (aka - O'Brien, Larita Joy) | 2/27/2015 | 303 | Madison | TN | 4/1/15 | Yes (Dkt. 37) |
| 56 | Carrick, Savannah | 12/22/2014 | 303 | Madison | TN | | Yes (Dkt. 37) |
| 57 | Davis Jr., Roderick W. | 12/22/2014 | 303 | Madison | TN | 5/10/15 | No |
| 58 | Ford, Amy Jo | 1/30/2015 | 303 | Madison | TN | | Yes (Dkt. 37) |
| 59 | Foster, Nicole | 12/22/2014 | 303 | Madison | TN | 4/1/15 | No |
| 60 | Goggin, Jordan Lee | 12/9/2014 | 303 | Madison | TN | | No |
| 61 | Haddox, Tia | 1/27/2015 | 303 | Madison | TN | | No |

| | Plaintiff's Name | Consent Date | Work Location | City | State | Date of Termination | Declaration Submitted |
|---|---|---|---|---|---|---|---|
| 62 | Jernigan, Jeffrey | 12/9/2014 | 303 | Madison | TN | 6/7/15 | Yes (Dkt. 37) |
| 63 | King, Kristyn | 12/9/2014 | 303 | Madison | TN | | No |
| 64 | Lewis, Angelina Marie | 12/9/2014 | 303 | Madison | TN | 4/1/15 | No |
| 65 | Lynn, Kimberly Nichole | 12/11/2014 | 303 | Madison | TN | | Yes (Dkt. 37) |
| 66 | Mayfield, Jeanean | 11/24/2014 | 303 | Madison | TN | | No |
| 67 | McCall, Darreo | 12/9/2014 | 303 | Madison | TN | 6/7/15 | No |
| 68 | McGee, Jason | 12/11/2014 | 303 | Madison | TN | 4/4/15 | No |
| 69 | Miller, Cassie | 1/19/2015 | 303 | Madison | TN | 10/1/14 | Yes (Dkt. 37) |
| 70 | Mitchell, Jeremy K. | 12/22/2014 | 303 | Madison | TN | 5/1/15 | No |
| 71 | Oakley, Heather | 12/22/2014 | 303 | Madison | TN | | No |
| 72 | Pennington, Corinne | 1/19/2015 | 303 | Madison | TN | | No |
| 73 | Ratliff, Jessica Lynn | 12/9/2014 | 303 | Madison | TN | 5/11/15 | Yes (Dkt. 62) |
| 74 | Roten, James | 12/22/2014 | 303 | Madison | TN | 5/1/15 | Yes (Dkt. 37) |
| 75 | Russell, Stacey | 12/22/2014 | 303 | Madison | TN | | No |
| 76 | Stafford, Destiny | 1/6/2015 | 303 | Madison | TN | 12/1/14 | Yes (Dkt. 37) |
| 77 | Thompson, Lisa Darlene | 5/28/2015 | 303 | Madison | TN | 5/1/15 | No |
| 78 | Wiggins, Anthony | 12/22/2014 | 303 | Madison | TN | 6/14/15 | No |
| 79 | Barry, William | 3/4/2015 | 489 | Nashville | TN | 5/1/12 | Yes (Dkt. 37) |
| 80 | Bennett, LaTonia | 12/9/2014 | 489 | Nashville | TN | | No |
| 81 | Brown, Marquis | 11/24/2014 | 489 | Nashville | TN | | No |
| 82 | Brown, Michael Marcell | 12/9/2014 | 489 | Nashville | TN | | No |
| 83 | Fulcher, Ashley | 11/24/2014 | 489 | Nashville | TN | | No |
| 84 | Hunter, Marcie Lynn | 12/9/2014 | 489 | Nashville | TN | | No |
| 85 | Lenfestey, Shayne | 11/24/2014 | 489 | Nashville | TN | | No |
| 86 | Shearin, Keita | 12/9/2014 | 489 | Nashville | TN | | No |
| 87 | Sherrill, Suzanne Angela | 2/18/2015 | 489 | Nashville | TN | 8/1/15 | Yes (Dkt. 37) |
| 88 | Straughn, Shawn Michael | 2/11/2015 | 489 | Nashville | TN | 3/1/14 | Yes (Dkt. 37) |
| 89 | Brewer, Kimberly | 5/19/2015 | 520 | Nashville | TN | 4/14/15 | No |
| 90 | Bradford, Carey | 11/10/2014 | 471 | Spring Hill | TN | 6/5/15 | Yes (Dkt. 37) |
| 91 | Bryant, Laurel Michelle | 3/19/2015 | 471 | Spring Hill | TN | | No |
| 92 | Byrd, Aaron | 1/19/2015 | 471 | Spring Hill | TN | 9/1/13 | No |
| 93 | Copeland, Anna Madison | 3/17/2015 | 471 | Spring Hill | TN | 5/26/15 | Yes (Dkt. 37) |
| 94 | Couturier, Ashley McCarthy | 6/16/2015 | 471 | Spring Hill | TN | 1/1/15 | No |
| 95 | Maher, Austin Gunnar | 3/12/2015 | 471 | Spring Hill | TN | | No |
| 96 | Potts, Justin Blaine | 3/12/2015 | 471 | Spring Hill | TN | | No |
| 97 | Reeves, Robyn Elizabeth | 2/11/2015 | 464 | Lufkin | TX | 12/1/14 | Yes (Dkt. 37) |
| 98 | Harrison, Alan Edward | 6/22/2015 | 315 | Barboursville | WV | 4/1/15 | No |
| 99 | Wood, Shelly | 5/27/2015 | 315 | Barboursville | WV | 12/1/12 | No |
| 100 | Layne, Chadwick | 1/27/2015 | 424 | Charleston | WV | 7/1/05 | No |

| | Plaintiff's Name | Consent Date | Work Location | City | State | Date of Termination | Declaration Submitted |
|---|---|---|---|---|---|---|---|
| 101 | Clark-Clardy, Jessica | 4/14/2015 | | | | | Yes (Dkt. 50) |
| 102 | Stephens, Traci Marie | 6/22/2015 | | | | | No |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 2, 2015.

Christy Cox

# EXHIBIT A



# HOURLY TEAM MEMBER
# HANDBOOK



April 1,2012
Replaces all previous handbooks

Case 3:14-cv-02184   Document 93-7   Filed 07/06/15   Page 13 of 43 PageID #: 1038

# TABLE OF CONTENTS

Introduction........................................................................................................................................ 3
Notices............................................................................................................................................... 3

## SECTION 1: WELCOME TO LOGAN'S!

Welcome From the President/Chief Nut ........................................................................................ 4
In a Nutshell/Logan's Purpose and Values ................................................................................... 6
Equal Employment Opportunity..................................................................................................... 7
Anti-Harassment Policy................................................................................................................... 7
Americans with Disabilities ........................................................................................................... 8
Guests and Visitors.......................................................................................................................... 8
Diversity ........................................................................................................................................... 8
Open Door Policy ............................................................................................................................ 8
Training and Growth ....................................................................................................................... 9
Employment at Will ........................................................................................................................ 9
Resignation ...................................................................................................................................... 9
Corporate Responsibility ............................................................................................................... 9

## SECTION 2: COMPENSATION & BENEFITS

Compensation................................................................................................................................. 10
Tip Reporting ................................................................................................................................. 10
Clocking-in and Out/Recording Work Time ............................................................................... 10
Outside Employment ..................................................................................................................... 10
Break and Meal Periods................................................................................................................ 11
Hourly Team Member Meals ........................................................................................................ 11
Pay Period and Paychecks ............................................................................................................ 11
Attendance...................................................................................................................................... 11
Time Off Requests and Scheduling Policy .................................................................................. 12
Benefits ........................................................................................................................................... 12
Insurance Premiums Due During Leave...................................................................................... 12
Continuous Employment .............................................................................................................. 13
Help Lines and Resources ............................................................................................................ 13

## SECTION 3: LEAVES OF ABSENCE

Family Medical Leave .................................................................................................................... 14
Tennessee Maternity/Parental Leave........................................................................................... 15
Jury Duty/Witness Leave .............................................................................................................. 15
Military Leave ................................................................................................................................ 15
Election Day/Voting....................................................................................................................... 15
Unpaid Personal Leave of Absence.............................................................................................. 15

## SECTION 4: STANDARDS OF CONDUCT

Standards of Conduct .................................................................................................................... 16
Progressive Discipline................................................................................................................... 16
Lawful Conduct.............................................................................................................................. 16
Fighting/Violence........................................................................................................................... 16
No Misrepresentation .................................................................................................................... 16
Required Licenses and Certifications .......................................................................................... 17
Personal Use of Company Property.............................................................................................. 17
Personal Property .......................................................................................................................... 17
Accepting Deliveries at the Restaurant ....................................................................................... 17

1

# INTRODUCTION

The purpose of this Handbook is to inform you about the history, purpose, values, employment practices, policies, and benefits of Logan's Roadhouse's, Inc. ("Logan's" or "the Company"). This Handbook also identifies the expected conduct of all Logan's team members. **The term "team member" applies to everyone working at Logan's.** A few policies are specific to "hourly team members" who are non-exempt and paid on an hourly basis, while a few policies are specific to "managers" who are exempt and paid on a salary basis.

Our policies and procedures are built upon our Values and Purpose to provide total guest satisfaction in an efficient, fun work environment that is free from harassment and discrimination. You can refer to this Handbook if you have questions about our purpose, values, employment practices, policies and procedures.

# NOTICES

**You will sign the Statement of Receipt and Opportunity to Review during your orientation which acknowledges you have had an opportunity to review the Handbook and ask any questions you may have.**

This Handbook is the property of Logan's, and you must return it to your supervisor if you leave the Company. You cannot copy any part of this Handbook, nor provide this Handbook or a copy of it to any person or entity outside Logan's.

Logan's reserves the exclusive right in its absolute discretion to make modifications, additions, or deletions at any time, to any and all parts of this Handbook. This Handbook can only be amended by the Human Resources Department. No statement or promise by a supervisor, manager, or department head may be interpreted as a change in policy, nor will it constitute an agreement with a team member. Questions involving the interpretation of the employment practices, policies and procedures of Logan's will be determined in the sole judgment of Logan's, and that judgment will be final and binding.

Any violation of any provision of this Handbook may be subject to disciplinary action, up to and including termination, according to Logan's Progressive Discipline Policy.

**NOTHING IN THIS HANDBOOK IS TO BE CONSTRUED AS ANY KIND OF EXPRESS OR IMPLIED GUARANTEE OR CONTRACT OF EMPLOYMENT, OR OF THE TERMS AND CONDITIONS OF EMPLOYMENT, NOR DOES ANYTHING IN THIS HANDBOOK CHANGE THE AT-WILL NATURE OF EMPLOYMENT WITH LOGAN'S.**

---

**This Handbook refers to a number of matters that are controlled by law or by detailed plan documents and in every case if the law or plan documents differ from the statements in this Handbook, the law or plan documents will control.**

---

3



# SECTION 2
# COMPENSATION & BENEFITS

## COMPENSATION

If you have a question about your compensation, we suggest that you first talk to your direct supervisor. Pay increases are driven by performance, rewarding and recognizing the commitment and efforts you make in living our values and contributing to growing Logan's from "good" to "GREAT." Since your Regional Manager must approve all pay increases, it is important that you not accept oral comments, innuendos or statements as facts **until you receive verification of an increase in writing.**

**Show Me the Money!!!**



**Workweek and Overtime:** Our workweek begins with the first shift on Monday through the last shift on Sunday. For non-exempt, hourly team members, any hours worked over 40 hours per workweek will be paid at the overtime rate of the base rate, plus half the base rate (time + ½). Before you work any overtime, you must get advance approval from your supervisor.

**Tip Credit:** Logan's utilizes a tip credit to the maximum extent permitted by federal and state law toward the payment of minimum wage for all tipped hourly team members. For overtime, tipped hourly team members whose tip credit rate falls below minimum wage will receive the ½ time premium for the minimum wage rate plus the state's tip credit rate. (Example: Assume minimum wage is $7.25 and the tip credit rate is $2.13. The ½ time rate of $7.25 is $3.64. The base rate of $2.13 plus $3.64 would result in an overtime pay rate of $5.77.)

**Error in Pay:** Every effort is made to avoid errors in your paycheck. If you believe an error has been made, tell your direct supervisor immediately. He or she will take the necessary steps to research the problem and to ensure that any correction is made properly and promptly. If the problem is not resolved by your supervisor, contact the Payroll Department at Logan's home office at **(800) 815-9056.** Reporting wage and hour concerns will not be retaliated against in any way.

## TIP REPORTING

All tipped hourly team member must declare 100% of their tips received each shift. Failure to declare 100% of tips each shift will result in disciplinary action, up to and including separation.

## CLOCKING-IN AND OUT/RECORDING WORK TIME

Restaurant hourly team members are responsible for clocking in/out each shift. Should you **forget** to clock in or out, you must notify a manager, record your work time on the exception sheet, initial it and have it initialed by a manager. Failure to consistently clock in or out at the appropriate time may result in disciplinary action, up to and including separation.

**Logan's does not allow hourly team members to work off the clock at any time.** If you arrive earlier than anticipated, you may not begin working until your scheduled start time, unless approved in advance by your manager. You must be clocked in before you begin working.

## OUTSIDE EMPLOYMENT/WORK AVAILABILITY

Hourly team members may accept outside employment, except when it interferes with their availability to work as scheduled or represents a conflict of interest, as determined at Logan's sole discretion.

10

Case 3:14-cv-02184   Document 93-7   Filed 07/06/15   Page 16 of 43 PageID #: 1041

## FUNDS HANDLING

Logan's funds will be used only for appropriate Company business, and all transactions will be accurately and timely recorded. Prohibited activities include, but are not limited to the following, and violations are subject to discipline, up to and including separation:

- Ringing up your own sale or transaction.
- Forcing through a credit card transaction without the valid authorization code provided by the credit card company.
- Failing to obtain a manual imprint of a credit card if the card cannot be swiped.
- Using a credit card for a fraudulent transaction (i.e., pay for food and beverage not purchased by the card holder).
- Adding an unauthorized tip to a credit card transaction.
- Adding a tip to a credit or gift card transaction for cash back to you, a co-worker and/or a guest.
- Giving cash back to a guest from a Logan's gift card transaction UNLESS the guest requests first AND the remaining gift card balance is $10.00 or less.
- Failing to notify a manager when there are problems processing a credit or gift card.
- Cashing personal or third-party checks using Company funds.
- Taking unnecessary or unauthorized voids, QSA's, or other discounts.
- Improper or unauthorized use of coupons, Logan's bucks, gift cards, or other discounts.
- Making false or artificial entries in any Company book or records for any reason, and no team member will engage or cooperate in any arrangement that results in that prohibited act.

**If you know of, or discover information about any unrecorded fund or asset, or any prohibited act, you must promptly report the matter to Employee Relations at (800) 815-9056, ext. 1225.**

## GENERAL PROHIBITIONS

In your employment with Logan's, you are required to learn and live our values, conduct yourself in a professional manner, and refrain from unacceptable behavior. Prohibited activities include, but are not limited to the following; and violations are subject to discipline, up to and including separation. **This list is not intended to be all-inclusive of prohibited conduct, but merely gives examples:**



- Clocking in or out for another team member or failing to clock in or out for all work time.
- Changing time records, hours worked or pay rate without the team member's written consent.
- Failure to pay for all time worked through Payroll.
- Improper cash handling or falsification of credit card transactions.
- Acts of discrimination or harassment, including those related to sex, race or any other protected class, or retaliation against another team member for reporting misconduct or perceived misconduct.
- Failing to comply with health & safety and hand washing policies.
- Changing any of Logan's policies, procedures, recipes, product specifications, operational decisions and/or practices without prior written permission from Human Resources.
- Hazing, bullying, intimidating or threatening the employment of any team member.
- Violation of any law, ordinance or other civil policy, while on duty or when representing Logan's.
- Theft, conversion of property, misrepresentations or misappropriation from another team member, guest, or vendor of Logan's.
- Failing to notify the proper management personnel if you have knowledge about someone else violating the "Standards of Conduct."
- Disclosing confidential information to persons within or outside Logan's who do not have a reason or right to know the information.

19

# EXHIBIT B

# Logan's Open Door Policy



We want you to know that we are here to support YOU! If you have a question, a problem, or if you witness someone not living our Values, we want to hear from you immediately. All team members are to be treated according to our Values and with Platinum Passion - courtesy, honesty and respect. If you ever experience anyone (co-worker, manager, vendor or guest) not living the Values, we want to know about it.

Should you have a complaint or concern, please contact a manager in your normal channel of communication immediately. If you don't feel comfortable talking to your Department Manager, contact your General Manager. If you don't feel comfortable discussing the incident or problem with your General Manager, contact your Regional Manager. If your Regional Manager does not resolve the issue, you may contact your Director of Operations.

If you do not feel comfortable using the normal channel of communication or if your issue is not resolved by management, we want to assure you that you may contact the Employee Relations Department at any time, without fear of retaliation.

## When to Use the Open Door Policy

Although not an all-inclusive list, we urge you to use the Open Door Policy if you have one of the following concerns:

- **Pay/Wage & Hour Concerns.** Logan's policy is to pay you for all work time, no exceptions.
  - o Your rate of pay will be determined by your General Manager in compliance with federal and state laws (including maximum utilization of tip credits).
  - o You are required to be on the clock any time you are working for Logan's.
  - o If you observe any violation of this policy or have unresolved pay issues, please use the Open Door Policy.
- **Discrimination, Harassment or Retaliation.** Logan's policy is to treat everyone with Platinum Passion. We are committed to having a workplace free from discrimination or harassment on the basis of race, color, religion, creed, sex, sexual orientation, national origin, age, marital status, medical condition or disability, pregnancy, genetic information or history, or any other protected category. All complaints are handled as confidentially as possible and without threat of retaliation. The first time you believe improper conduct has occurred, you should use the Open Door Policy. Do not wait to make a complaint. Examples of behaviors that do not support our Values include but are not limited to:
  - o Unwelcome jokes, slurs or harassing comments or unwelcome drawings, graffiti, cartoons, or other written comments about someone's race, color, religion, creed, sex, sexual orientation, national origin, age, marital status, medical condition or disability, pregnancy, genetic information or history, or any other protected category.
  - o Unwelcome sexual advances, repeated unwelcome requests for dates, or for sexual favors.
  - o Threatening or requiring submission to sexual advances in return for an employment benefit.
  - o Retaliation for having reported possible harassment or discrimination.

## Normal Channel of Communication

| | |
|---|---|
| **Department Manager** | **Contact at restaurant** |
| **General Manager** | **Contact at restaurant** |
| **Regional Manager** | **(800) 815-9056** |
| **Director of Operations** | **(800) 815-9056** |

At any time in this process, please feel free to contact the Employee Relations Department on the toll-free Hotline:

**(800) 815-9056, ext. 1225**

# EXHIBIT C



# LET'S GET SERIOUS!!!

## Wage and Hour Review

Prepared by
Human Resources
Employee Relations
September 2014

Case 3:14-cv-02184   Document 93-7   Filed 07/06/15   Page 21 of 43 PageID #: 1046



# Objective

To review Logan's policies/procedures and the law regarding Wage & Hour practices to help you avoid career-altering decisions.



# Logan's Pay Policy

We pay hourly team members for all work time*...**NO EXCEPTIONS!**

*Logan's complies with the rules and regulations of the Department of Labor.

# What is Work Time

- Performing any work that benefits Logan's
  - Scheduled shifts*
  - Mandatory restaurant or department meeting
  - Orientation (paid at minimum wage for tipped team members)
  - Training classes (paid at minimum wage for tipped team members; paid at position wage for others)

*Reminder – Work time for servers/bartenders includes all time waiting for guests and performing any side-work.

# Don't Fall for a Sad Story

- Can I work off the clock for tips because I need extra money? **NO!**

- Can I work off the clock because I know I can't go into overtime and I'm not finished? **NO!**

- Can Joe work for me off the clock, and I'll pay him cash under the table? **NO!**

# TMx – A Legal Record

Tampering with team members' time records is unlawful and violates company policy!

- Obtain team members' permission if time records need to be adjusted by a manager to correct the following situations:
  - Failed to clock-in/out for a shift
  - Failed to clock out/in for a break of more than 20 minutes
  - Failed to claim tips

- Manage/discipline team members who do not clock in or clock out or fail to claim tips



# Tip Claiming

Tip claiming is the responsibility of the team members who are required by law and policy to claim 100% of tips per shift*

*exclusive of money contributed to mandatory tip pooling or voluntary tipping out, as applicable



# EXHIBIT D



## REVIEW OF PAY POLICIES AND PROCEDURES

**Logan's policy is to pay all team members for all work time, <u>no exceptions</u>**
- You are not permitted to do any work off the clock
- You are required to clock in and clock out accurately for each shift
- You are not permitted to work overtime without prior authorization from a manager
- You must clock out for any break of more than 20 minutes

## BREAKS

**Logan's policy is to comply with the break laws of each state. There are no federal laws requiring that an employer provide paid or unpaid breaks. Logan's complies with state law regarding breaks.**
- You must have manager approval prior to taking breaks to ensure continued Guest First service
- You may not do any work on an unpaid meal/rest break of more than 20 minutes
- You may take a paid rest break of less than 15 minutes only with the permission of a manager
- Generally, unpaid or paid breaks will not be granted within the first 2 ½ to 3 hours of reporting to work, except for short restroom breaks

## TIPPED TEAM MEMBERS

**Logan's policy and federal law require all tipped team members to report 100% of earned tips:**
- You must report 100% of your tips retained each shift
- Failure to claim 100% of your tips retained will result in disciplinary action
- If you consistently earn low tips, this may be the result of poor performance and subject to disciplinary action
- Servers do not report tip share or tip-outs to co-workers; the recipient must report them as tips
- Logan's pays tipped team members at the allowable tipped rate set by your state

**USE THE OPEN DOOR POLICY TO REPORT ANY CONCERNS ABOUT YOUR WAGES OR PAY:**
- Contact your Department Manager, General Manager, Regional Manager or Executive General Manager if you believe you have not been paid all wages.
- Contact Employee Relations (800-815-9056, ext. 1225) if your wage issues are not resolved by management within a reasonable time.
- Contact the Payroll Department regarding deductions such as garnishments, taxes, child support, insurance, slip resistant shoes, etc.

# EXHIBIT E

## WAGE/HOUR ACKNOWLEDGMENT

The following summarizes some of the more common policies and procedures that newly hired team members will immediately encounter relative to Logan's wage/hour policies, practices, and procedures. This is not intended to be an exhaustive list. Additional policies and procedures are documented in the Team Member Handbooks, Operations Manual, and Training Workbooks. It is the express intent of Logan's Roadhouse to comply fully with all applicable state and federal wage and hour laws.

1. Attendance at all meetings, new hire paperwork, orientation, and training are paid at minimum wage for all team members. The minimum wage rate applicable will vary by state (subject to federal and state laws).
2. Tipped team members must report **all** tips received as income.
3. Logan's utilizes a tip credit to the maximum extent permitted by federal and state law toward the payment of minimum wage for all team members employed as servers, server assistants, and bartenders.
4. Logan's does not permit team members to work "off the clock." If you believe you have worked "off the clock" and have not been compensated for work or services performed in furtherance or at the instruction of your supervisor, please notify your Regional Manager or the Employee Relations Department immediately.
5. Overtime is not to be worked without the advance approval of your supervisor.
6. Clocking in early before your shift starts is not permitted without the advance approval of your supervisor.

By signing this form, the team member acknowledges as follows: That I have read and understand these policies and will comply with them while employed at Logan's Roadhouse, or be subject to discipline up to and including separation from employment.

Signature: _____ Date: 4/24/09

Witness Signature: _____ Date: _____

## WAGE/HOUR ACKNOWLEDGMENT

The following summarizes some of the more common policies and procedures that newly hired team members will immediately encounter relative to Logan's wage/hour policies, practices, and procedures. This is not intended to be an exhaustive list. Additional policies and procedures are documented in the Team Member Handbooks, Operations Manual, and Training Workbooks. It is the express intent of Logan's Roadhouse to comply fully with all applicable state and federal wage and hour laws.

1. Attendance at all meetings, new hire paperwork, orientation, and training are paid at minimum wage for all tipped team members and at the agreed hourly rate for non-tipped team members. The minimum wage rate applicable will vary by state (subject to federal and state laws).
2. Tipped team members must report **all** tips received as income.
3. Logan's utilizes a tip credit to the maximum extent permitted by federal and state law toward the payment of minimum wage for all team members employed as servers, server assistants, hosts and bartenders.
4. Logan's does not permit team members to work "off the clock." If you believe you have worked "off the clock" and have not been compensated for work or services performed in furtherance or at the instruction of your supervisor, please notify your Regional Manager or the Employee Relations Department immediately.
5. Overtime is not to be worked without the advance approval of your supervisor.
6. Clocking in early before your shift starts is not permitted without the advance approval of your supervisor.

By signing this form, the team member acknowledges as follows: That I have read and understand these policies and will comply with them while employed at Logan's Roadhouse, or be subject to discipline up to and including separation from employment.

Signature: _____ Date: 7/23/12

Witness Signature: _____ Date: 7/23/12

## WAGE/HOUR ACKNOWLEDGMENT

The following summarizes some of the more common policies and procedures that newly hired team members will immediately encounter relative to Logan's wage/hour policies, practices, and procedures. This is not intended to be an exhaustive list. Additional policies and procedures are documented in the Team Member Handbooks, Operations Manual, and Training Workbooks. It is the express intent of Logan's Roadhouse to comply fully with all applicable state and federal wage and hour laws.

1.  Attendance at all meetings, new hire paperwork, orientation, and training are paid at minimum wage for all team members. The minimum wage rate applicable will vary by state (subject to federal and state laws).
2.  Tipped team members must report **all** tips received as income.
3.  Logan's utilizes a tip credit to the maximum extent permitted by federal and state law toward the payment of minimum wage for all team members employed as servers, server assistants, and bartenders.
4.  Logan's does not permit team members to work "off the clock." If you believe you have worked "off the clock" and have not been compensated for work or services performed in furtherance or at the instruction of your supervisor, please notify your Regional Manager or the Employee Relations Department immediately.
5.  Overtime is not to be worked without the advance approval of your supervisor.
6.  Clocking in early before your shift starts is not permitted without the advance approval of your supervisor.

By signing this form, the team member acknowledges as follows: That I have read and understand these policies and will comply with them while employed at Logan's Roadhouse, or be subject to discipline up to and including separation from employment.

Signature: _Carrie M Buxena_        Date: _7/30/2012_

Witness Signature: _____        Date: _7/30/12_



## REVIEW PAY POLICIES AND PROCEDURES

Logan's policy is to pay all team members for all work time, no exceptions.
- You are not permitted to do any work off the clock
- You are required to clock in and clock out accurately for each shift
- You are not permitted to work overtime without prior authorization from a manager
- You must clock out for any break of more than 20 minutes

## BREAKS

Logan's policy is to comply with the break laws of each state. There are no federal laws requiring that an employer provide paid or unpaid breaks.
- You must get manager approval prior to taking breaks to ensure continued Guest First service
- You may not do any work on an unpaid meal/rest break of more than 20 minutes
- You may take a paid rest break of less than 15 minutes only with the permission of a manager
- Generally, unpaid or paid breaks will not be granted within the first 2 ½ to 3 hours of reporting to work, except for short restroom breaks

## TIPPED TEAM MEMBERS

Logan's policy and federal law require all tipped team members to report 100% of earned tips.
- You must report 100% of your tips each shift
- Failure to claim 100% of your tips will result in disciplinary action, up to and including termination
- If you consistently earn low tips, this may be the result of poor performance and subject to disciplinary action
- Servers do not report tip share or tip-outs to co-workers; the recipient must report them as tips
- Logan's pays tipped team members at the allowable tipped rate set by your state

USE THE OPEN DOOR POLICY TO REPORT ANY CONCERNS ABOUT YOUR WAGES AND PAY: Contact your Department Manager, General Manager, or Regional Manager. You may also contact Employee Relations (800-815-9056, ext. 1225) if your wage issues are not resolved by management within a reasonable time. Contact the Payroll Department for problems or questions about paychecks.

My signature indicates that I have been given an opportunity to review Logan's pay policies and procedures and that I know how to report any concerns about my pay. I also understand that violation of company policies such as working off the clock or not claiming 100% of tips can result in disciplinary action, up to and including termination.

_Korri M Busard_        _355_
Print Team Member's Name        Restaurant Location

_Korri M Busard_        _09/09/13_
Signature of Team Member        Date

---

**Managers: Place a signed copy of this notice in the team member's personnel file. Do not send to Home Office.**

## WAGE/HOUR ACKNOWLEDGMENT

The following summarizes some of the more common policies and procedures that newly hired team members will immediately encounter relative to Logan's wage/hour policies, practices, and procedures. This is not intended to be an exhaustive list. Additional policies and procedures are documented in the Team Member Handbooks, Operations Manual, and Training Workbooks. It is the express intent of Logan's Roadhouse to comply fully with all applicable state and federal wage and hour laws.

1. Attendance at all meetings, new hire paperwork, orientation, and training are paid at minimum wage for all team members. The minimum wage rate applicable will vary by state (subject to federal and state laws).
2. Tipped team members must report all tips received as income.
3. Logan's utilizes a tip credit to the maximum extent permitted by federal and state law toward the payment of minimum wage for all team members employed as servers, server assistants, and bartenders.
4. Logan's does not permit team members to work "off the clock." If you believe you have worked "off the clock" and have not been compensated for work or services performed in furtherance or at the instruction of your supervisor, please notify your Regional Manager or the Employee Relations Department immediately.
5. Overtime is not to be worked without the advance approval of your supervisor.
6. Clocking in early before your shift starts is not permitted without the advance approval of your supervisor.

By signing this form, the team member acknowledges as follows: That I have read and understand these policies and will comply with them while employed at Logan's Roadhouse, or be subject to discipline up to and including separation from employment.

Signature: _____ Date: 5|22|09

Witness Signature: _____ Date: 5-22-09



## REVIEW PAY POLICIES AND PROCEDURES

Logan's policy is to pay all team members for all work time, no exceptions.
- You are not permitted to do any work off the clock
- You are required to clock in and/or clock out accurately for each shift
- You are not permitted to work overtime without prior authorization from a manager
- You must clock out for any break of more than 20 minutes

## BREAKS

Logan's policy is to comply with the break laws of each state. There are no federal laws requiring that an employer provide paid or unpaid breaks.
- You must get manager approval prior to taking breaks to ensure continued Guest First service
- You may not do any work on an unpaid meal/rest break of more than 20 minutes
- You may take a paid rest break of less than 15 minutes only at the permission of a manager
- Generally, unpaid or paid breaks will not be granted within the first 2 ½ to 3 hours of reporting to work, except for short restroom breaks

## TIPPED TEAM MEMBERS

Logan's policy and federal law require all tipped team members to report 100% of earned tips.
- You must report 100% of your tips each shift
- Failure to claim 100% of your tips will result in disciplinary action, up to and including termination.
- If you consistently earn low tips, this may be the result of poor performance and subject to disciplinary action
- Servers do not report tip-outs given to co-workers; the recipient must report them as tips.
- Logan's pays tipped team members at the allowable tipped rate set by your state

USE THE OPEN DOOR POLICY TO REPORT ANY CONCERNS ABOUT YOUR WAGES AND PAY: Contact your Department Manager, General Manager, or Regional Manager. You may also contact Employee Relations (800-815-9056, ext. 1225) if your wage issues are not resolved. Other problems with paychecks are reported to the Payroll Department.

I have been given an opportunity to review Logan's pay policies and procedures. My signature indicates that I have reviewed Logan's pay policies and procedures and that I know how to report any concerns about my pay. I also understand that violation of company policies can result in disciplinary action, up to and including termination.

_Ashley Elgin_
Print Team Member's Name

_349 /Sanford_
Restaurant Location

_(signature)_
Signature of Team Member

_9/10/12_
Date

---

**Managers: Place a signed copy of this notice in the team member's personnel file. Do not send to Home Office.**

# WAGE/HOUR ACKNOWLEDGMENT

The following summarizes some of the more common policies and procedures that newly hired team members will immediately encounter relative to Logan's wage/hour policies, practices, and procedures. This is not intended to be an exhaustive list. Additional policies and procedures are documented in the Team Member Handbooks, Operations Manual, and Training Workbooks. It is the express intent of Logan's Roadhouse to comply fully with all applicable state and federal wage and hour laws.

1. Attendance at all meetings, new hire paperwork, orientation, and training are paid at minimum wage for all team members. The minimum wage rate applicable will vary by state (subject to federal and state laws).
2. Tipped team members must report **all** tips received as income.
3. Logan's utilizes a tip credit to the maximum extent permitted by federal and state law toward the payment of minimum wage for all team members employed as servers, server assistants, and bartenders.
4. Logan's does not permit team members to work "off the clock." If you believe you have worked "off the clock" and have not been compensated for work or services performed in furtherance or at the instruction of your supervisor, please notify your Regional Manager or the Employee Relations Department immediately.
5. Overtime is not to be worked without the advance approval of your supervisor.
6. Clocking in early before your shift starts is not permitted without the advance approval of your supervisor.

By signing this form, the team member acknowledges as follows: That I have read and understand these policies and will comply with them while employed at Logan's Roadhouse, or be subject to discipline up to and including separation from employment.

Signature: _Yolanda L. Oliver_   Date: _Dec 31, 2011_

Witness Signature: _Michael D. Oliver_   Date: _Dec. 31, 2011_



## REVIEW PAY POLICIES AND PROCEDURES

Logan's policy is to pay all team members for all work time, <u>no exceptions</u>.
- You are not permitted to do any work off the clock
- You are required to clock in and clock out accurately for each shift
- You are not permitted to work overtime without prior authorization from a manager
- You must clock out for any break of more than 20 minutes

## BREAKS

Logan's policy is to comply with the break laws of each state. There are no federal laws requiring that an employer provide paid or unpaid breaks.
- You must get manager approval prior to taking breaks to ensure continued Guest First service
- You may not do any work on an unpaid meal/rest break of more than 20 minutes
- You may take a paid rest break of less than 15 minutes only with the permission of a manager
- Generally, unpaid or paid breaks will not be granted within the first 2 ½ to 3 hours of reporting to work, except for short restroom breaks

## TIPPED TEAM MEMBERS

Logan's policy and federal law require all tipped team members to report 100% of earned tips.
- You must report 100% of your tips each shift
- Failure to claim 100% of your tips will result in disciplinary action, up to and including termination
- If you consistently earn low tips, this may be the result of poor performance and subject to disciplinary action
- Servers do not report tip share or tip-outs to co-workers; the recipient must report them as tips
- Logan's pays tipped team members at the allowable tipped rate set by your state

USE THE OPEN DOOR POLICY TO REPORT ANY CONCERNS ABOUT YOUR WAGES AND PAY: Contact your Department Manager, General Manager, or Regional Manager. You may also contact Employee Relations (800-815-9056, ext. 1225) if your wage issues are not resolved by management within a reasonable time. Contact the Payroll Department for problems or questions about paychecks.

My signature indicates that I have been given an opportunity to review Logan's pay policies and procedures and that I know how to report any concerns about my pay. I also understand that violation of company policies such as working off the clock or not claiming 100% of tips can result in disciplinary action, up to and including termination.

Yolonda R Osborne
_____
Print Team Member's Name

_____
Restaurant Location

Yolonda R Osborne
_____
Signature of Team Member

9/13-2013
_____
Date

| Managers: Place a signed copy of this notice in the team member's personnel file. <u>Do not send to Home Office.</u> |
| --- |

Case 3:14-cv-02184   Document 93-7   Filed 07/06/15   Page 39 of 43 PageID #: 1064

COMPLIANCE CENTER    Privacy Policy ⚙  Logout ⚙    Welcome: **James C Stevenson**

**Logan's Roadhouse**                                    **ACTIVE DIVISION** Logan's Roadhouse

Current Filter Settings    Hiring Application

**Filter Off**              **Reeves, Robyn E**              | Return to Summary |

WebManager Menu
Lookup                      ▾ Wage/Hour Policies
Workflow Summary
Create Packet
I-9 Management
Exports
Import/Export Logs

Settings

## Wage/Hour Policies

**HOURLY TEAM MEMBER**

**WAGE/HOUR POLICIES**

**RECEIPT AND UNDERSTANDING CERTIFICATION**

The following summarizes some of the more common policies and procedures that newly hired team members will immediately encounter relative to Logan's wage/hour policies, practices, and procedures. This is not intended to be an exhaustive list. Additional policies and procedures are documented in the Team Member Handbooks, Operations Manual, and Training Workbooks. It is the express intent of Logan's Roadhouse to comply fully with all applicable state and federal wage and hour laws and pay all team members for all time worked.

1. Attendance at all meetings, new hire paperwork, orientation, and training are paid at minimum wage for all tipped team members and at the agreed hourly rate for non-tipped team members. The minimum wage rate applicable will vary by state (subject to federal and state laws).
2. Tipped team members must report all tips received as income.
3. Logan's utilizes a tip credit to the maximum extent permitted by federal and state law toward the payment of minimum wage for all team members employed as servers, server assistants, hosts and bartenders.
4. Logan's does not permit team members to work "off the clock." If you believe you have worked "off the clock" and have not been compensated for work or services performed in furtherance or at the instruction of your supervisor, please notify your Regional Manager or the Human Resources Department immediately.
5. Overtime is not to be worked without the advance approval of your supervisor.
6. Clocking in early before your shift starts is not permitted without the advance approval of your supervisor.

**By initialing below,\* you acknowledge that you have read and understand Logan's Wage & Hour Policies and will comply with them while employed at Logan's Roadhouse, or be subject to discipline, up to and including separation from employment.**

**Your Initials:** __RER__                          **Date:** ___9/16/2014___

\*Note: As stated in the E-signature page, your initials represent your authorized e-signature

‣ Return to Top

Terms and Conditions ⚙    © 2015 Equifax Workforce Solutions, a/k/a Talx Corporation, a wholly owned subsidiary of Equifax Inc., Atlanta, Georgia. All Rights Reserved.

## WAGE/HOUR ACKNOWLEDGMENT

The following summarizes some of the more common policies and procedures that newly hired team members will immediately encounter relative to Logan's wage/hour policies, practices, and procedures. This is not intended to be an exhaustive list. Additional policies and procedures are documented in the Team Member Handbooks, Operations Manual, and Training Workbooks. It is the express intent of Logan's Roadhouse to comply fully with all applicable state and federal wage and hour laws.

1. Attendance at all meetings, new hire paperwork, orientation, and training are paid at minimum wage for all tipped team members and at the agreed hourly rate for non-tipped team members. The minimum wage rate applicable will vary by state (subject to federal and state laws).

2. Tipped team members must report **all** tips received as income.

3. Logan's utilizes a tip credit to the maximum extent permitted by federal and state law toward the payment of minimum wage for all team members employed as servers, server assistants, hosts and bartenders.

4. Logan's does not permit team members to work "off the clock." If you believe you have worked "off the clock" and have not been compensated for work or services performed in furtherance or at the instruction of your supervisor, please notify your Regional Manager or the Employee Relations Department immediately.

5. Overtime is not to be worked without the advance approval of your supervisor.

6. Clocking in early before your shift starts is not permitted without the advance approval of your supervisor.

By signing this form, the team member acknowledges as follows: That I have read and understand these policies and will comply with them while employed at Logan's Roadhouse, or be subject to discipline up to and including separation from employment.

Signature: _Markala Whitling_ Date: _5·15·14_

Witness Signature: _____ Date: _5|28|14_

August 2012



**All Logan's Hourly Team Members**
September 2013

## REVIEW PAY POLICIES AND PROCEDURES

Logan's policy is to pay all team members for all work time, <u>no exceptions</u>.
- You are not permitted to do any work off the clock
- You are required to clock in and clock out accurately for each shift
- You are not permitted to work overtime without prior authorization from a manager
- You must clock out for any break of more than 20 minutes

## BREAKS

Logan's policy is to comply with the break laws of each state. There are no federal laws requiring that an employer provide paid or unpaid breaks.
- You must get manager approval prior to taking breaks to ensure continued Guest First service
- You may not do any work on an unpaid meal/rest break of more than 20 minutes
- You may take a paid rest break of less than 15 minutes only with the permission of a manager
- Generally, unpaid or paid breaks will not be granted within the first 2 ½ to 3 hours of reporting to work, except for short restroom breaks

## TIPPED TEAM MEMBERS

Logan's policy and federal law require all tipped team members to report 100% of earned tips.
- You must report 100% of your tips each shift
- Failure to claim 100% of your tips will result in disciplinary action, up to and including termination
- If you consistently earn low tips, this may be the result of poor performance and subject to disciplinary action
- Servers do not report tip share or tip-outs to co-workers; the recipient must report them as tips
- Logan's pays tipped team members at the allowable tipped rate set by your state

USE THE OPEN DOOR POLICY TO REPORT ANY CONCERNS ABOUT YOUR WAGES AND PAY: Contact your Department Manager, General Manager, or Regional Manager. You may also contact Employee Relations (800-815-9056, ext. 1225) if your wage issues are not resolved by management within a reasonable time. Contact the Payroll Department for problems or questions about paychecks.

My signature indicates that I have been given an opportunity to review Logan's pay policies and procedures and that I know how to report any concerns about my pay. I also understand that violation of company policies such as working off the clock or not claiming 100% of tips can result in disciplinary action, up to and including termination.

<u>Markala Wretling</u>
Print Team Member's Name

<u>Mark M</u>
Signature of Team Member

<u>S27</u>
Restaurant Location

<u>5·15·14</u>
Date

---

**Managers: Place a signed copy of this notice in the team member's personnel file. <u>Do not send to Home Office.</u>**

## WAGE/HOUR ACKNOWLEDGMENT

The following summarizes some of the more common policies and procedures that newly hired team members will immediately encounter relative to Logan's wage/hour policies, practices, and procedures. This is not intended to be an exhaustive list. Additional policies and procedures are documented in the Team Member Handbooks, Operations Manual, and Training Workbooks. It is the express intent of Logan's Roadhouse to comply fully with all applicable state and federal wage and hour laws.

1. Attendance at all meetings, new hire paperwork, orientation, and training are paid at minimum wage for all tipped team members and at the agreed hourly rate for non-tipped team members. The minimum wage rate applicable will vary by state (subject to federal and state laws).

2. Tipped team members must report **all** tips received as income.

3. Logan's utilizes a tip credit to the maximum extent permitted by federal and state law toward the payment of minimum wage for all team members employed as servers, server assistants, hosts and bartenders.

4. Logan's does not permit team members to work "off the clock." If you believe you have worked "off the clock" and have not been compensated for work or services performed in furtherance or at the instruction of your supervisor, please notify your Regional Manager or the Employee Relations Department immediately.

5. Overtime is not to be worked without the advance approval of your supervisor.

6. Clocking in early before your shift starts is not permitted without the advance approval of your supervisor.

By signing this form, the team member acknowledges as follows: That I have read and understand these policies and will comply with them while employed at Logan's Roadhouse, or be subject to discipline up to and including separation from employment.

Signature: _____  Date: 5-5-13

Witness Signature: _____  Date: 5/5/13