# EXHIBIT 10

SPONSORED Create Ad



26 Unbelievable Truck Accidents (What Ar...
odometer.com
Share this post if you've been in a truck accident.

MidFirst Bank
midfirsl.com
Discover the easier way to pay. Use People Pay - say goodbye to paying with cash or check.

English (US) · Privacy · Terms · Cookies · Advertising · Ad Choices · More ·
Facebook © 2015

Logans Offtheclock
January 7
www.logansofftheclock.com

This a lawsuit for all servers/bartenders that have worked for Logan's in last 3yrs. This is for many labor/wage violations. Please visit website to fill out and sign up for lawsuit. Please pass on to other logans team members.



(no title)

Law firm files a collective action lawsuit for alleged unpaid minimum wage and overtime compensation against Logan's Roadhouse, Inc.

LOGANSOFFTHECLOCK.COM

Share

PAGE 1



**Logans Offtheclock**
December 29, 2014

www.logansofftheclock.com

Everyone please visit website and sign up



**(no title)**
Law firm files a collective action lawsuit for alleged unpaid minimum wage and overtime compensation against Logan's Roadhouse, Inc.

LOGANSOFFTHECLOCK.COM

Share

👍 Melissa Stone likes this.



**Melissa Stone** Bullshit never happens
December 29, 2014 at 11:13pm

**Melissa Stone** Lawsuit a scam and bs
December 29, 2014 at 11:13pm

**Logans Offtheclock** This isnt bs or a scam if you think call the law office for yourself. The number is on the website. You can look up case bradford and bolen vs Logan's roadhouse filed in Nashville tn in middle tn district court. This is just early stage to sign up or you will be eventually be getting something in mail concerning this.
December 30, 2014 at 5:36am

**Logans Offtheclock** And you have nothing to lose just sign up and the attorney will contact, your not Having to put any money towards this. The attorney gets a % when this is settled
December 30, 2014 at 5:38am

**Melissa Stone** What im saying is I worked for logans in store and on road for 10 yrs they do not ever permit such things they r excellent to their employees
December 30, 2014 at 1:56pm

**Logans Offtheclock** Ive worked with them six all in our corporate store and in Nashville tn and they have done these type of things in entire time. I've also worked in two other stores.and the same thing applies. Out of the 20 states are restaurants are in that are non franchises I have 14 states saying they have done such things. They don't pay you minimum wage when opening/closing store, they have made You claim tips to make up for tip shortages, some have been told not to clock in before first table and clock out at last table and work for free. If they havent done some of these things to you thats fine but it would be hard for me to believe. Just to let you know its going to be a huge lawsuit with the amount of people we have already.
December 30, 2014 at 2:03pm · 👍 2

PAGE 2

Case 3:14-cv-02184 Document 93-10 Filed 07/06/15 Page 3 of 15 PageID #: 1131



**Logans Offtheclock**
January 23

Anyone that has signed for logans off the clock lawsuit, if you haven't done so yet, please send in the paperwork the attorney has sent you. If you signed up and haven't received the paper please let me know so they can get it sent back to you.

Share



SPONSORED · Create Ad

26 Unbelievable Truck Accidents (What Ar...
odometer.com
Share this post if you've been in a truck accident.

**MidFirst Bank**
midfirsl.com
Discover the easier way to pay. Use People Pay - say goodbye to paying with cash or check.

English (US) · Privacy · Terms · Cookies ·
Advertising · Ad Choices · More
Facebook © 2015

PAGE 3

**Logans Offtheclock**
January 31

Jackson, Shields, Yeiser & Holt Law Firm represents two former tipped employees of Logan's Roadhouse restaurants who have filed a collective action lawsuit under the Fair Labor Standards Act on behalf of themselves and, current and former similarly situated tipped employees (bartenders and servers), at other Logan's Roadhouse restaurants across the country, seeking a recovery of alleged unpaid wages for off the clock work time, unpaid wages for off the clock training time, unpaid wages while working in non-tipped classifications, unpaid wages for more than 20% "side work", unpaid wages due to tips being required to be declared but not received ("phantom tips") or, tips being transferred into a subsequent week, in order to satisfy the tip credit requirements and/or unpaid overtime compensation. The name of this collective action lawsuit is Bradford & Bolen v. Logan's Roadhouse, Inc... It is filed in the Federal Middle District Court of Tennessee.

www.logansofftheclock.com

Everyone please visit website to sign up and pass along to all logans team members that are servers/bartenders.



**(no title)**
Law firm files a collective action lawsuit for alleged unpaid minimum wage and overtime compensation against Logan's Roadhouse, Inc.
LOGANSOFFTHECLOCK.COM

Share



SPONSORED

**26 Unbelievable Truck Accidents (What Ar...**
odometer.com
Share this post if you've been in a truck accident



Available on PC Now!
★★★★ Clash of Kings
Your Story Lives On! Fight for the throne. Play now for FREE!
Play Now  1,000,000 people play this

English (US) · Privacy · Terms · Cookies
Advertising · Ad Choices · More
Facebook © 2015

PAGE 4

**Logans Offtheclock**
February 2

Jackson, Shields, Yeiser & Holt Law Firm represents two former tipped employees of Logan's Roadhouse restaurants who have filed a collective action lawsuit under the Fair Labor Standards Act on behalf of themselves and, current and former similarly situated tipped employees (bartenders and servers), at other Logan's Roadhouse restaurants across the country, seeking a recovery of alleged unpaid wages for off the clock work time, unpaid wages for off the clock training time, unpaid wages while working in non-tipped classifications, unpaid wages for more than 20% "side work", unpaid wages due to tips being required to be declared but not received ("phantom tips") or, tips being transferred into a subsequent week, in order to satisfy the tip credit requirements and/or unpaid overtime compensation.

The name of this collective action lawsuit is Bradford & Bolen v. Logan's Roadhouse, Inc... It is filed in the Federal Middle District Court of Tennessee.



**(no title)**
Law firm files a collective action lawsuit for alleged unpaid minimum wage and overtime compensation against Logan's Roadhouse, Inc.
LOGANSOFFTHECLOCK.COM

Share
Kebbie Banks likes this.



SPONSORED

**26 Unbelievable Truck Accidents (What Ar...**
odometer.com
Share this post if you've been in a truck accident.



Member FDIC
**MidFirst Bank**
midfirst.com
Use People Pay to enter to win $500! No purchase necessary.

Create Ad

English (US) Privacy Terms Cookies
Advertising Ad Choices More
Facebook © 2015

PAGE 5

EvolveDiscovery  Home  Find Friends    Find friends

**Logans Offtheclock**
February 5

To those that have signed up on www.logansofftheclock.com, if you have spoken with the attorney please send your papers in that they have sent you. It's really important that you do, so we can make this has big as we can. If the attorney has contacted you, it could be that you just signed up. I know some have said that they sent papers in, but as of yesterday we still haven't received some of you.



**(no title)**
Law firm files a collective action lawsuit for alleged unpaid minimum wage and overtime compensation against Logan's Roadhouse, Inc.
LOGANSOFFTHECLOCK.COM

Share



SPONSORED

26 Unbelievable Truck Accidents (What Ar...
odometer.com
Share this post if you've been in a truck accident

**MidFirst Bank**
midfirst.com
Member FDIC
Use People Pay to enter to win $500! No purchase necessary.

English (US) · Privacy · Terms · Cookies · Advertising · Ad Choices · More
Facebook © 2015

PAGE 6

oftheclock/posts/1410490302579188 captured at 6/30/2015 12:55 AM UTC
Case 3:14-cv-02184   Document 93-10   Filed 07/06/15   Page 7 of 15 PageID #: 1135

**Logans Offtheclock**
February 9

To everyone signed up for logans roadhouse off the clock lawsuit, the laywers need your paperwork in so the statue of limitations doesn't run out. He's having a meeting this wk with judge and their lawyers. So he will need your papers rather quickly. Don't miss out on the money that logans owes you. For some it could be a substantial amount. If you have any questions please dont hesitate to ask me or contact his office. Some say they have sent paperwork in, but his office hasn't received it. Your more than welcome to check with me to see if all your paper work is completed and in his office.

Share

Ellen Dent likes this.

1 share

Corey Barry Crap. why am I just hearing about this?
February 16 at 9:16am · 1

Logans Offtheclock We filed this and now we are reaching out to as many people that logans screwed over
February 16 at 9:18am · 1

Tabatha Renae Chinn What paper work?
February 24 at 11:20am · 1

Logans Offtheclock When you sign up on website the attorney will send out paperwork for you to sign. one will be declaration of the violations that occurred to you, a consent form for them to represent you in the case, and a fee agreement showing that the attorney gets pd only a % of settlement and thats it.
February 24 at 11:59am

Logans Offtheclock tabatha renae chinn
February 24 at 12:00pm

Dustin Gilbert Yea lkr can I still sign up this is bs
February 28 at 5:34am

Dustin Gilbert I been there five years now?? Somebody
February 28 at 5:35am

Dustin Gilbert And do u lose ur job at logans
February 28 at 5:35am

Logans Offtheclock No you don't lose your job, I'm the guy who help start this and I still bartend there.
February 28 at 6:16am · 1

Logans Offtheclock It's not bs it's a real lawsuit, when you sign up on the website the lawyers office will send you paperwork to send back as soon as you get it.
February 28 at 6:17am

Amy Jo Jolene I think he meant that what they are doing to us is...
February 28 at 8:51am

Logans Offtheclock What they are doing to us is bs and is borderline harassment. Ive had several people from Louisville, kentucky store that mgrs were telling them it was a privilege to work there and if they didnt like doing what they were told to hit the door.
February 28 at 9:49am

SPONSORED

Create Ad

Ready-to-Own Homes in AZ
standardpacifichomes.com
Choose from a variety of neighborhoods & design options. From upper $100s to low $300s

26 Unbelievable Truck Accidents (What Ar...
odometer.com
Share this post if you've been in a truck accident.

English (US) · Privacy · Terms · Cookies ·
Advertising · Ad Choices · More
Facebook © 2015

PAGE 7

SPONSORED  Create Ad



**MidFirst Bank**
midfirst.com
Discover the easier way to pay. Use People Pay - say goodbye to paying with cash or check.

FREEDOM
— NATIONAL —

**Freedom National**
pos.freedomgeneral.com
What exactly is an SR22? Well, most people don't really know... do you need one?

English (US) · Privacy · Terms · Cookies · Advertising · Ad Choices [▷ More ·
Facebook © 2015



**Logans Offtheclock**
March 5 · ⊛

To anyone that has signed up for wage/labor, thank you very much. Please understand even though you signed up on the website, the lawyer still needs the paperwork signed and sent back. He is filing for conditional certification within next wk and this is a huge step in this process. If you have taking the time to sign up, it's worth the time to send paperwork back in. This process wont cost you a penny, so take advantage while you can. Please feel free to ask me if they have your paperwork, as I have an updated list.

Share

PAGE 8

**Logans Offtheclock**
March 10

To everyone that has signed up or has looked into the logans wage/labor lawsuit thank you. Wanted to give everyone an update, the attorney left me a message today saying he is finishing up paperwork to file for conditional certification next week. This means the lawsuit will go nationwide. So those of you that haven't sent your paperwork please do so and those who are hesitating please look into getting signed up. If you have any questions please feel free to ask.

Share

👍 3 people like this.

Linda Kurtz I haven't got my paper work yet
March 10 at 11:08pm

Logans Offtheclock Linda Kurtz who should be getting your paperwork in the next couple of days. Its been sent out, they sent out all Louisville paperwork at the same time. She just let me know when you get it.
March 11 at 7:06am

Logans Offtheclock "you"
March 11 at 7:03am

Linda Kurtz Still haven't gotten my paper work
March 12 at 7:22am

Logans Offtheclock Ill email them now and have them send another copy to you
March 12 at 7:38am

Linda Kurtz Thank you
March 12 at 7:42am

Logans Offtheclock No problem I promise you that you'll get them.
March 12 at 7:44am

Cole Alan Webb I haven't heard anything
March 12 at 7:56am

Logans Offtheclock Cole Alan Webb they are presently working on paperwork for people that have signed up in last wk and yours is one of those
March 12 at 8:02am

Cory McGuire With that last comment then I should have expect it sometime soon as well?
March 12 at 12:23pm

Logans Offtheclock Cory McGuire yes
March 12 at 11:20pm




SPONSORED · Create Ad

**Customer Service Jobs**
macysjobs.com
Macy's is hiring a variety of positions in your area, in a range of shifts! Apply today!

**MidFirst Bank**
midfirst.com
Discover the easier way to pay. Use People Pay - say goodbye to paying with cash or check.
Member FDIC

English (US) · Privacy · Terms · Cookies · Advertising · Ad Choices · More
Facebook © 2015

PAGE 9

offtheclock/posts/1422100314751520?comment_id=1422778204683731&offset=0&total_comments=11&comment_tracking={"tn":"R"} captured at 6/30/2015 12:56 AM UTC

Case 3:14-cv-02184 Document 93-10 Filed 07/06/15 Page 10 of 15 PageID #: 1138

**Logans Offtheclock**
March 22

To those that have signed up on logans off the clock, thank you. Wanted to give everyone an update on the case. The lawyer is filing the conditional certification this wk. that means he is asking the judge to make logans turn over all information to all tipped employees so they can be contacted to join lawsuit. To joint the lawsuit you must send back all the paperwork they sent you. I know we have had to resend some to people , but it's back sent back out. Those that recently signed up, your paperwork is being worked on. But please understand you must send this back in to get your settlement. If you have any questions please feel free to ask.

Share

👍 3 people like this.

↗ 3 shares

Lisa D Thompson I need papers sent. What do I do
May 18 at 5:24am

SPONSORED

**Freedom National**
pos.freedomgeneral.com
What exactly is an SR22? Well, most people don't really know... do you need one?

**MidFirst Bank**
midfirst.com
Discover the easier way to pay. Use People Pay - say goodbye to paying with cash or check.

English (US) · Privacy · Terms · Cookies · Advertising · Ad Choices · More
Facebook © 2015

PAGE 10



Logans Offtheclock
April 10

For those signed up for lawsuit against Logan's road house is here the latest update. Our attorney filed a motion on Monday for conditional certification and was told that Logan's attorney in Nashville, Tn is trying to get a law firm from California to help them with case, attorney said it was them trying to play "hard ball"

Share

👍 3 people like this.

Jennifer Garner Reece Linda Kurtz Jamie Lynn Christopher Johnson
April 10 at 4:27pm 👍 1

Jessica McClellan I finally got my paperwork and dropped it in the mail yesterday
April 10 at 4:36pm

SPONSORED

FREEDOM
NATIONAL

Freedom National
pos.freedomgeneral.com
What exactly is an SR22? Well, most people don't really know... do you need one?

MidFirst Bank
midfirst.com
Use People Pay to enter to win $500! No purchase necessary.

English (US) Privacy Terms Cookies
Advertising Ad Choices More
Facebook © 2015

PAGE 11





PAGE 12

Case 3:14-cv-02184   Document 93-10   Filed 07/06/15   Page 13 of 15 PageID #: 1141

offtheclock/posts/1442317242729827 captured at 6/30/2015 12:58 AM UTC

**Logans Offtheclock**
May 24

Wanted to give everyone an update on the Logan's off the clock lawsuit. Our attorney and Logan's new Attorney out of California had a a conference with the judge on Thursday. He come in wanting all kind of things, but was rejected on everything. He asked for a 30 day extension but was rejected, he asked certain people to come into Nashville for dispositions and was rejected. Our attorney did allow them to mail out dispositions to those people as long as he knew what was being asked and agreed to them. So he said this would take the next 30 days for this to be sent out. There isn't anything that Logan's can do at this point to keep this from getting big, so they are coming up with everything they can think of. So for those that have sent paperwork back, we thank you again and for those that have signed up please send that paperwork back in to join. Just signing up on website doesn't just get you in, they do need signed paperwork. So if you have any questions, please feel free to ask.

Share
👍 6 people like this.



SPONSORED

Freedom National
pos.freedomgeneral.com
What exactly is an SR22? Well, most people don't really know... do you need one?

MidFirst Bank
midfirst.com
Discover the easier way to pay. Use People Pay – say goodbye to paying with cash or check.

English (US) · Privacy · Terms · Cookies · Advertising · Ad Choices · More
Facebook © 2015

PAGE 13

offtheclock/posts/1450257281935823 captured at 6/30/2015 12:59 AM UTC

Case 3:14-cv-02184   Document 93-10   Filed 07/06/15   Page 14 of 15 PageID #: 1142

