# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CAREY BRADFORD and CODY BOLEN, individually and on behalf of all other similarly situated current and former employees, | )<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) Civil No. 3:14-cv-2184<br>) Judge Aleta A. Trauger |
| LOGAN'S ROADHOUSE, INC.; LRI HOLDINGS, INC.; and ROADHOUSE HOLDING, INC., | )<br>)<br>) |
| Defendants. | ) |

## ORDER

Plaintiffs' Motion for Approval of 29 U.S.C. § 216(b) Notice and Consent Forms and to Order Disclosure of Current and Former Tipped Employees (Conditional Certification) of Defendants Logan's Roadhouse Restaurants (Docket No. 36) is **GRANTED IN PART AND DENIED IN PART** as set forth in the accompanying Memorandum. The parties are required to adhere to the deadlines set forth therein as to the notice and consent protocol.

Enter this 1st day of October 2015.

_____
ALETA A. TRAUGER
United States District Judge

1